

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-23-2014

# United Industrial Service Tran v. Government of the Virgin Islan

Precedential or Non-Precedential: Precedential

Docket No. 13-1247

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"United Industrial Service Tran v. Government of the Virgin Islan" (2014). *2014 Decisions.* Paper 515.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/515

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED INDUSTRIAL, SERVICE, TRANSPORTATION,
PROFESSIONAL AND GOVERNMENT WORKERS
OF NORTH AMERICA SEAFARERS INTERNATIONAL
UNION, ON BEHALF OF ERNEST BASON,

                                                      Petitioner
                          v.

GOVERNMENT OF THE VIRGIN ISLANDS
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
(V.I. S. Ct. Civ. No.: 2011-0115)
_____

SUR PETITION FOR PANEL REHEARING
_____

BEFORE: FISHER, COWEN and NYGAARD,  <u>Circuit Judges</u>

The Petition for Rehearing filed by Petitioner in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, IT IS

HEREBY ORDERED that the Petition for Rehearing by the panel is granted.  The

Opinion and Judgment filed on March 19, 2014, and amended on March 21, 2014, is

hereby VACATED.

BY THE COURT,


s/ Robert E. Cowen
Circuit Judge

Dated: May 23, 2014